AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gardner, James Knoll | 2. Court or Organization  Eastern District of PA | 3. Date of Report  10/18/2016 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  1/1/2015  to  12/31/2015 |
|---|---|---|

**7. Chambers or Office Address**

Edward N. Cahn U.S. Courthouse
504 W. Hamilton Street, #4701
Allentown, PA 18101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer, Director | Allentown Symphony Association |
| 2. | Director | Boys and Girls Club of Allentown, Inc. |
| 3. | Director | Police Athetic League, Inc. |
| 4. | General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |
| 5. | Executive Committee | Minsi Trails Council, Boy Scouts of America |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $67,455.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed piano teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Third Circuit Judicial Retreat | April 26 - 28, 2015 | Skytop, Pennsylvania | Judicial Retreat | Hotel, Reception, Meals and Registration Fee |
| 2. | The Historical Society of the U.S. District Court for the Eastern District of PA | May 11, 2015 | Philadelphia, PA | 31st Annual Meeting | Reception, Dinner |
| 3. | Bar Association of Lehigh County | May 20, 2015 | Allentown, PA | Annual Meeting | Dinner and Entertainment |
| 4. | Bar Association of Lehigh County | October 16 - 18, 2015 | Gettysburg, PA | Bench - Bar Conference | Hotel, Reception, Meals and Registration Fee |

| | | | | |
|---|---|---|---|---|
| 5. | Third Circuit Judicial Conference | October 21 - 23, 2016 | Bedford, PA | Judicial Conference | Hotel, Reception, Meals and Registration Fee |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Asset Resources | 1/6 share Mortgage on Rental Property #1, Torrence, California (Part VII, line 1) | O |
| 2. | Chase Card Services (Y) (See Part VIII) | Credit Card (Visa) | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | P1 | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Santander Bank Accounts | A | Interest | K | T | | | | | |
| 4. Brokerage Account #1: | | | | | | | | | |
| 5. Morgan Stanley Private Bank NA | A | Interest | J | T | | | | | |
| 6. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fd. (See Part VIII) | B | Dividend | K | T | | | | | |
| 7. Calamos Convertible & High Income Fund - Closed End Fund | B | Dividend | K | T | | | | | |
| 8. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 9. Calamos Strategic Total Return Fund - Closed End Fund | B | Dividend | K | T | | | | | |
| 10. Eaton Vance Tax Eqty. Inc. Fund - Closed End Fund | B | Dividend | K | T | | | | | |
| 11. NuStar Energy L.P. - Common Stock | A | Int./Div. | J | T | Sold | 10/13/15 | J | | N/A |
| 12. BT Group PLC ADR - USD - Common Stock | A | Dividend | J | T | | | | | |
| 13. BlackRock Global Alloc. Fd. - Mutual Fund | B | Dividend | K | T | Sold (part) | 10/13/15 | J | B | N/A |
| 14. Intel Corporation - Common Stock | B | Dividend | K | T | | | | | |
| 15. Baron Growth Fund-Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Eaton Vance Large-Cap Value Fund Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Janus Forty Class S - Mutual Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Lazard Emerging Markets Port Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Pimco Total Return Fund Class D - Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Pimco Commodity Real Return Fund Class D - Mutual Fund | A | Dividend | J | T | | | | | |
| 21. T Rowe Price Int'l Bond Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Royce Premier Fund INV Class - Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 24. Magellan Midstream Partners LP - Common Stock | B | Dividend | K | T | | | | | |
| 25. Microsoft Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 26. DWS Floating Rate Fund Class C - Mutual Fund | A | Dividend | | | | | | | |
| 27. Deutsche Floating Rate C - Mutual Fund | A | Dividend | J | T | | | | | |
| 28. Deutsche Managed Municipal Bond C - Mutual Fund | A | Interest | K | T | | | | | |
| 29. Ishares Nasdaq Biotech ETF - Closed End Fund | A | Dividend | J | T | Buy | 02/25/15 | J | | N/A |
| 30. SPDR S & P Biotech - Closed End Fund | A | Dividend | J | T | Buy | 02/25/15 | J | | N/A |
| 31. Unit FT Cyber Security 1 - Equity Trust | A | Dividend | J | T | Buy | 07/01/15 | J | | N/A |
| 32. Berkshire Hathaway Class B - Common Stock | A | Dividend | J | T | Buy | 02/25/15 | J | | N/A |
| 33. Mainstay Hi Yld. Corp. Bond Cl. A/I - Corporate Bond (See Part VIII) | A | Dividend | J | T | | | | | |
| 34. Pepsico Inc. NC - Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard European MSCI ETF - Closed End Fund | A | Dividend | J | T | | | | | |
| 36. Bank of America Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 37. End of Brokerage Account #1 | | | | | | | | | |
| 38. Brokerage Account #2 (Custodial Account #1) redeemed 5/20/04 | | | | | | | | | |
| 39. Brokerage Account #3 (Custodial Account #2) redeemed 8/28/07 | | | | | | | | | |
| 40. IRA #1 redeemed 8/27/09 | | | | | | | | | |
| 41. Brokerage Account #4: | | | | | | | | | |
| 42. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 43. Eaton Vance Global Return Fund Class C Mutual Fund | A | Dividend | J | T | Sold | 02/15/15 | J | | N/A |
| 44. Intel Corporation - Common Stock | A | Dividend | J | T | Sold | 07/01/15 | J | A | N/A |
| 45. General Electric Company - Common Stock | A | Dividend | J | T | Sold | 02/25/15 | J | A | N/A |
| 46. Pure Funds ISE Cyber Security - Closed End Fund | | None | J | T | Buy | 07/01/15 | J | | N/A |
| 47. End of Brokerage Account #4 | | | | | | | | | |
| 48. Time Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 49. IRA #2 | | | | | | | | | |
| 50. Royce Total Return Fund Consultant - Mutual Fund | C | Dividend | K | T | | | | | |
| 51. Invesco Van Kampen Eq.& Inc. Fd. Cl. C - Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds-Growth Fund of America Class C - Mutual Fund - (Y) | | | | | | | | | |
| 53. Oppenheimer Developing Markets Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 54. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |
| 55. BlackRock Global Allocation Fund Inc. - Mutual Fund | B | Dividend | K | T | | | | | |
| 56. Putnam Asset Allocation Balanced Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 57. Consolidated Edison Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 58. GNMA REMIC-Ser. 2004-75-Cl. NG-Ast.- Bkd. Sec. - (Y) | | | | | | | | | |
| 59. BlackRock Equity Dividend Fund Class C - Mutual Fund | B | Dividend | K | T | | | | | |
| 60. Morgan Stanley Bank, N.A. - Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 61. GNMA REMIC-Series 2012 Cl. 129 YA - Asset-Bkd. Security | | None | J | T | | | | | |
| 62. BlackRock Mult-Asset Inc. Class C - Mutual Fund | A | Dividend | K | T | | | | | |
| 63. American Funds - Growth Fund of America F1 - Mutual Fund | A | Dividend | K | T | | | | | |
| 64. End of IRA #2 | | | | | | | | | |
| 65. New York Life Whole Life | G | Dividend | M | T | | | | | |
| 66. Brokerage Account #5 redeemed 04/22/10 | | | | | | | | | |
| 67. KNBT Bank Accounts | A | Interest | K | T | | | | | |
| 68. Rental Property #2, Lehigh County, PA (2006 $250,000) | D | Rent | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fun $ [Money] Investment Club - Partnership | A | Dividend | J | T | | | | | |
| 70. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 71. Fidelity Mutual Life Insurance Co. - Whole Life | A | Dividend | J | T | | | | | |
| 72. Time Share #3, Williamsburg, Virginia (2011 $19,095) | C | Rent | K | R | | | | | |
| 73. Lafayette Ambassador Bank Accounts | A | Interest | J | T | | | | | |
| 74. Brokerage Account #6 | | | | | | | | | |
| 75. Stroudsburg PA Area Sch. Dist.-A - Municipal Bond | A | Interest | | | Sold | 03/31/15 | J | N/A | |
| 76. Oppenheimer Devel. Mkts.Class C-Mutual Fund | A | Dividend | J | T | | | | | |
| 77. PPL Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 78. Franklin Income - Mutual Fund | A | Dividend | | | Sold | 03/31/15 | J | N/A | |
| 79. End of Brokerage Account #6 | | | | | | | | | |
| 80. Brokerage Account #1 continued | | | | | | | | | |
| 81. Invesco Premier PTF INSTL - Mutual Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 10/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Re Part VI, Line 2: This liability, a Visa Credit Card, was reported in Part VI, Line 2 of the calendar year 2014 Financial Disclosure Report. However, at no time during calendar year 2015 did this obligation exceed $10,000.00. Therefore, this credit card obligation is not reportable in this 2015 Financial Disclosure Report, as indicated by a parenthetical (Y) in Part VI, Line 2 of this report.

2. Re Part VII, Lines 6 and 42: The abbreviation "LM" means Legg Mason.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James Knoll Gardner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544